**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 36 WAL 2024

       Respondent             :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

       v.                       :

                                 :

JOSHUA LEE DIEGDIO,            :

                                 :

       Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.

       Justice McCaffery did not participate in the consideration or decision of this matter.